IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:03cr213-MHT |
| | ) | (WO) |
| JOHNNY NEWMAN | ) | |

ORDER

Based on the revocation petition filed by the probation officer (doc. no. 68) and the representations made in open court on August 4, 2017, it is ORDERED that defendant Johnny Newman's conditions of supervised release, originally imposed on June 1, 2005 (doc. no. 52) and previously modified on April 18, 2017 (doc. no. 65), are modified as follows:

(1) Defendant Johnny Newman shall reside in a residential re-entry center (RRC) under contract with the Federal Bureau of Prisons for a term of 180 days. He shall surrender to the facility at a date and time designated by the probation officer. While in the RRC, He shall abide by the rules and regulations of the program.

(2) Defendant Newman shall continue attending outpatient treatment at the Chemical Addictions Program.

(3) Arrangements shall be made for defendant Newman to receive a medical assessment to diagnose his complained-of knee problem. If he has a knee problem, the assessment should determine whether he can continue to work at his current job at a lumberyard. Further, if he has a knee problem, arrangements shall be made for him to receive medical treatment for his condition.

(4) If the medical assessment determines that defendant Newman cannot continue to work at his current job, he is to pursue alternative employment consistent with his medical condition.

(5) Defendant Newman is to receive a mental-health evaluation. The court will reserve decision on a potential modification that requires regular mental-health counseling until after completion of the 180-day term at the RRC.

All other conditions of supervised release shall remain in full force and effect.

It is further ORDERED that the evidentiary hearing on the revocation petition (doc. no. 68) is continued to March 5, 2018, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 4th day of August, 2017.

                                       /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**