IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:03cr213-MHT |
| JOHNNY NEWMAN | ) | (WO) |

**JUDGMENT**

Defendant Johnny Newman, having entered a guilty plea on March 6, 2018, to violations 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, and 13 in the revocation petition (doc. no. 101), it is ORDERED that the petition is granted to the following extent only:

(1) Defendant Johnny Newman is adjudged guilty of violations 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, and 13 in the revocation petition (doc. no. 101). Violations 8, 9, and 14 are dismissed.

(2) Pursuant to 18 U.S.C. § 3583(d), the court finds that an exception to 18 U.S.C. § 3583(g)(1) is warranted. The term of supervised release imposed on June 1, 2005, is, therefore, not revoked.

(3) The conditions of supervised release are

modified to add this condition: Defendant Newman shall complete 15 days in a jail facility under contract to the Federal Bureau of Prisons. He shall surrender no later than 5:00 p.m. on Saturday and be released at 5:00 a.m. on Monday. He shall surrender to the designated jail facility as directed by the probation officer.

(4) All other previously imposed conditions shall remain in full force and effect.

DONE, this the 7th day of March, 2018.

                               /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**