IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:03cr213-MHT |
| JOHNNY NEWMAN | ) | (WO) |

ORDER

Based on representations made at the hearing on May 30, 2018, it is ORDERED as follows:

(1) Defendant Johnny Newman is adjudged guilty of charges 1 and 2 in the amended revocation petition (doc. no. 124).

(2) Charge 3 in the amended revocation petition (doc. no. 124) is dismissed on the motion of the government.

(3) Sentencing shall resume on June 14, 2018, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(4) On or before June 7, 2018, defense counsel is to file a report detailing (a) whether

defendant Newman has been or will be able to obtain a driver's license or other form of governmental identification; and (b) whether defendant Newman has been or will be able to obtain the needed evaluation and treatment at Medical Outreach Ministries, River Region Health, or some other facility without further order of the court. The court, at this time, reserves ruling on defendant Newman's request that the Probation Department provide his needed treatment and evaluation.

DONE, this the 1st day of June, 2018.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**