IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:03cr213-MHT** |
| | ) | **(WO)** |
| **JOHNNY NEWMAN** | ) | |

**ORDER**

By agreement of government counsel, defense counsel, and the supervising probation officer made on the record on February 10, 2021, it is ORDERED that the supervised release for defendant Johnny Newman is terminated effective March 4, 2021, and defendant Newman is discharged as of that date.

DONE, this the 10th day of February, 2021.

                                                 /s/ Myron H. Thompson
                                               **UNITED STATES DISTRICT JUDGE**